# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: BAKER, ROGER DUANE<br>BAKER, CHERYL ANN<br><br>Debtor(s) SHERRI, DESIGNS BY | § Case No. 09-71614<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/03/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 10/22/2012          By: /s/MEGAN G. HEEG
                                                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: BAKER, ROGER DUANE                § Case No. 09-71614
       BAKER, CHERYL ANN                 §
                                         §
                                         §
Debtor(s) SHERRI, DESIGNS BY             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 42,166.00 |
| *and approved disbursements of* | $ 27,275.52 |
| *leaving a balance on hand of* [1] | $ 14,890.48 |
| **Balance on hand:** | $ 14,890.48 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,890.48 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,216.60 | 0.00 | 4,216.60 |
| Trustee, Expenses - MEGAN G. HEEG | 22.50 | 0.00 | 22.50 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,840.00 | 0.00 | 1,840.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 99.50 | 0.00 | 99.50 |
| Other Fees: Renn & Skinner | 6,633.20 | 6,633.20 | 0.00 |
| Other Expenses: Renn & Skinner | 900.30 | 900.30 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,178.60 |
| Remaining balance: | $ 8,711.88 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,711.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,711.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,948.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,875.84 | 0.00 | 1,045.79 |
| 2 | Chase Bank USA NA | 5,101.15 | 0.00 | 907.91 |
| 3 | Roundup Funding, LLC | 305.45 | 0.00 | 54.36 |
| 4 | Chase Bank USA NA | 17,758.86 | 0.00 | 3,160.74 |
| 5 | American Infosource Lp As Agent for | 9,395.07 | 0.00 | 1,672.14 |
| 6 | Chase Bank USA NA | 10,512.04 | 0.00 | 1,870.94 |

Total to be paid for timely general unsecured claims: $ 8,711.88
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 7-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 09-71614-MB
Roger Duane Baker                                                          Chapter 7
Cheryl Ann Baker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: cshabez              Page 1 of 3              Date Rcvd: Oct 30, 2012
                               Form ID: pdf006            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
```
db/jdb     +Roger Duane Baker,    Cheryl Ann Baker,    310 Vermillion Lane,    Dixon, IL 61021-7400
13820320   +A/R Concepts, Inc. #366752,    2320 Dean St,    Suite 202,    Saint Charles, IL 60175-1068
13820321   +Advanced Radiology Professional,    520 E 22nd St.,    Lombard, IL 60148-6110
13820322   +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
13820323   +Ambulatory Anesthesiologists,    c/o Lou Harris Co.,    613 Academy Drive,
             Northbrook, IL 60062-2420
13820324   +Bluegreen Resorts,    PO Box 810758,    Boca Raton, FL 33481-0758
13820325    Brinks Home Security, Inc,    PO Box 152235,    Irving, TX 75015
13820328   +CB Accounts,    PO Box 5610,   Hauppauge, NY 11788-0139
13820345   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
            (address filed with court: Washington Mutual,    PO Box 660487,    Dallas, TX 75266-0487)
13820330    CHASE CREDIT CARD,    PO BOX 15153,   Wilmington, DE 19850-5153
13820327    Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
16018317    Chase Bank USA NA,    P.O. BOX 15145,   Wilmington DE 19850-5145
13820331    Chase Home Finance,    PO Box 9001871,    Louisville, KY 40290-1871
13820333   +Dish Network,    Dept 0063,   Palatine, IL 60055-0001
13820334   +Dr. Cole Lundquist, M.D.,S.C.,    1875 Dempster Street Suite 660,    Park Ridge, IL 60068-1168
13820337   #+Lou Harris Co.,    613 Academy Drive,    Northbrook, IL 60062-2420
13820338    Metrostyle,    World Financial Network Natl Bank,    PO Box 659728,    San Antonio, TX 78265-9728
13820339   +Northwest Community Hospital,    PO Box 95698,    Chicago, IL 60694-5698
13820340    Pinnacle Recovery, Inc.,    PO Box 130848,    Carlsbad, CA 92013-0848
13820341   +SEIU Union Visa,    HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
13820343    Union Plus Credit Card,    PO Box 17051,   Baltimore, MD 21297-1051
13820344   +Union Plus Visa/HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16050840     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2012 02:17:25
             American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
13820326    +E-mail/Text: cms-bk@cms-collect.com Oct 31 2012 03:14:53     Capital Management Services,
             726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13820329    +E-mail/Text: bk.notifications@jpmchase.com Oct 31 2012 02:00:11     Chase Bank,    PO Box 901008,
             Fort Worth, TX 76101-2008
15996360     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2012 02:12:47      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
13820332     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2012 02:12:47      Discover Card,    PO Box 6103,
             Carol Stream, IL 60197-6103
16867103    +E-mail/Text: cio.bncmail@irs.gov Oct 31 2012 01:37:18     Internal Revenue Service,    POB 7346,
             Philadelphia, PA 19101-7346
13820336     E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2012 01:58:49     Kohls,    PO Box 2983,
             Milwaukee, WI 53201-2983
16019549     E-mail/Text: resurgentbknotifications@resurgent.com Oct 31 2012 01:44:15      Roundup Funding, LLC,
             MS 550,    PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16024171*     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13820335    ##Fashion Bug,    PO Box 856021,    Louisville, KY 40285-6021
13820342    ##TARGET NATIONAL BANK,    PO BOX 59317,    Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Oct 30, 2012
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: Oct 30, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2012 at the address(es) listed below:

        Gloria C  Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association nd-three@il.cslegal.com
        Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egblc.com
        Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 4