**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: BAKER, ROGER DUANE | § | Case No. 09-71614 |
| BAKER, CHERYL ANN | § | |
| | § | |
| Debtor(s) SHERRI, DESIGNS BY | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $153,857.94                      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,271.77        Claims Discharged
                                                    Without Payment: $59,448.63

Total Expenses of Administration: $18,394.23

---

3) Total gross receipts of $ 42,166.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $34,666.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,559.89 | $7,559.89 | $7,559.89 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,394.23 | 18,394.23 | 18,394.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,735.39 | 48,948.41 | 48,948.41 | 8,711.88 |
| **TOTAL DISBURSEMENTS** | $66,735.39 | $74,902.53 | $74,902.53 | $34,666.00 |

4) This case was originally filed under Chapter 7 on April 23, 2009. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2013           By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property (unscheduled) | 1229-000 | 42,166.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,166.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rehn & Skinner | exemption paid to debtor | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rehn & Skinner | 4220-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| | Rehn & Skinner | 4220-000 | N/A | 2,443.89 | 2,443.89 | 2,443.89 |
| | Rehn & Skinner | 4220-000 | N/A | 2,616.00 | 2,616.00 | 2,616.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,559.89** | **$7,559.89** | **$7,559.89** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 4,216.60 | 4,216.60 | 4,216.60 |
| MEGAN G. HEEG | 2200-000 | N/A | 22.50 | 22.50 | 22.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,840.00 | 1,840.00 | 1,840.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 99.50 | 99.50 | 99.50 |
| Renn & Skinner | 3210-600 | N/A | 6,633.20 | 6,633.20 | 6,633.20 |
| Renn & Skinner | 3220-610 | N/A | 900.30 | 900.30 | 900.30 |
| Rehn & Skinner | 3210-600 | N/A | 4,422.13 | 4,422.13 | 4,422.13 |
| US Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$18,394.23** | **$18,394.23** | **$18,394.23** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 5,656.89 | 5,875.84 | 5,875.84 | 1,045.79 |
| 2 | Chase Bank USA NA | 7100-000 | 4,934.74 | 5,101.15 | 5,101.15 | 907.91 |
| 3 | Roundup Funding, LLC | 7100-000 | 358.61 | 305.45 | 305.45 | 54.36 |
| 4 | Chase Bank USA NA | 7100-000 | 17,719.86 | 17,758.86 | 17,758.86 | 3,160.74 |
| 5 | American Infosource Lp As Agent for | 7100-000 | 8,962.69 | 9,395.07 | 9,395.07 | 1,672.14 |
| 6 | Chase Bank USA NA | 7100-000 | 9,890.50 | 10,512.04 | 10,512.04 | 1,870.94 |
| 7 | Internal Revenue Service | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 7 -2 | Internal Revenue Service | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Kohls | 7100-000 | 1,232.49 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dr. Cole Lundquist, M.D.,S.C. | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 590.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Community Hospital | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwest Community Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 988.94 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Card | 7100-000 | 477.39 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Visa/HSBC Bank | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | SEIU Union Visa HSBC Bank | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 2,247.14 | N/A | N/A | 0.00 |
| NOTFILED | CHASE CREDIT CARD | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts, Inc. #366752 | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Radiology Professional | 7100-000 | 134.87 | N/A | N/A | 0.00 |
| NOTFILED | Bluegreen Resorts | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brinks Home Security, Inc | 7100-000 | 719.76 | N/A | N/A | 0.00 |
| NOTFILED | Bluegreen Resorts | 7100-000 | 955.51 | N/A | N/A | 0.00 |
| NOTFILED | Ambulatory Anesthesiologists c/o Lou Harris Co. | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Ambulatory Anesthesiologists | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advocate Lutheran General Hospital | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,735.39 | $48,948.41 | $48,948.41 | $8,711.88 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-71614  
**Case Name:** BAKER, ROGER DUANE  
               BAKER, CHERYL ANN  
**Period Ending:** 03/11/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/23/09 (f)  
**§341(a) Meeting Date:** 05/29/09  
**Claims Bar Date:** 11/10/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 310 Vermillion Lane,  3/7/12 creditor's motion to abandon. No objection. | 132,500.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Financial accounts, financial institution shares | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Financial accounts, financial institution shares | 7.39 | 0.00 | DA | 0.00 | FA |
| 7 | Financial accounts, financial institution shares | 1,255.04 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings | 2,840.00 | 0.00 | DA | 0.00 | FA |
| 9 | Household goods and furnishings | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household goods and furnishings | 150.00 | 0.00 | DA | 0.00 | FA |
| 11 | Books, art, antiques and collectibles | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | Furs and jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interests in insurance policies | 643.00 | 0.00 | DA | 0.00 | FA |
| 15 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | IRA, ERISA, Keogh, pension, profit sharing plan | 4,352.51 | 0.00 | DA | 0.00 | FA |
| 18 | Autos, trucks, trailers, other vehicles, access. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Autos, trucks, trailers, other vehicles, access. | 500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Autos, trucks, trailers, other vehicles, access. | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Office equipment, furnishings, and supplies | 750.00 | 0.00 | DA | 0.00 | FA |
| 22 | Inventory | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Other personal property of any kind | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Other Personal Property (unscheduled) (u)  Baker v. Bonita Thompson 10 L 1, Lee County, IL  Personal Injury cause of action | Unknown | 42,166.00 | | 42,166.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71614  
**Case Name:** BAKER, ROGER DUANE  
BAKER, CHERYL ANN  
**Period Ending:** 03/11/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/23/09 (f)  
**§341(a) Meeting Date:** 05/29/09  
**Claims Bar Date:** 11/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 25  Assets  Totals (Excluding unknown values) | $153,857.94 | $42,166.00 | | $42,166.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 30, 2011   **Current Projected Date Of Final Report (TFR):**   October 16, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-71614 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | BAKER, ROGER DUANE | | **Bank Name:** | Rabobank, N.A. |
| | BAKER, CHERYL ANN | | **Account:** | ****141166 - Checking Account |
| **Taxpayer ID #:** | **-***8779 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 03/11/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/11/2013 04:01 PM    V.13.11

Case 09-71614    Doc 58    Filed 03/11/13    Entered 03/11/13 16:02:53    Desc Main
Document      Page 9 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-71614  
**Case Name:** BAKER, ROGER DUANE  
BAKER, CHERYL ANN  
**Taxpayer ID #:** **-***8779  
**Period Ending:** 03/11/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/09/12 | | Rehn & Skinner | settlement portion | | | 15,150.48 | | 15,150.48 |
| | {25} | | gross amount of settlement of personal injury action | 42,166.00 | 1229-000 | | | 15,150.48 |
| | | Renn & Skinner | attorneys fees Rehn & Skinner | -6,633.20 | 3210-600 | | | 15,150.48 |
| | | | referring attorney fees to Barry Rabovski | -4,422.13 | 3210-600 | | | 15,150.48 |
| | | Renn & Skinner | special counsel expenses | -900.30 | 3220-610 | | | 15,150.48 |
| | | | Lien paid to Allstate | -2,500.00 | 4220-000 | | | 15,150.48 |
| | | | lien paid to Medicare | -2,443.89 | 4220-000 | | | 15,150.48 |
| | | | lien paid to MedChoice | -2,616.00 | 4220-000 | | | 15,150.48 |
| | | | exemption paid to debtor | -7,500.00 | 8100-002 | | | 15,150.48 |
| 10/11/12 | 101 | US Bankruptcy Court | reopening fee | | 2700-000 | | 260.00 | 14,890.48 |
| 12/18/12 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,840.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 1,840.00 | 13,050.48 |
| 12/18/12 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $99.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 99.50 | 12,950.98 |
| 12/18/12 | 104 | Discover Bank | Dividend paid  17.79% on $5,875.84; Claim# 1; Filed: $5,875.84; Reference: 6151 | | 7100-000 | | 1,045.79 | 11,905.19 |
| 12/18/12 | 105 | Chase Bank USA NA | Dividend paid  17.79% on $5,101.15; Claim# 2; Filed: $5,101.15; Reference: 1185 | | 7100-000 | | 907.91 | 10,997.28 |
| 12/18/12 | 106 | Roundup Funding, LLC | Dividend paid  17.79% on $305.45; Claim# 3; Filed: $305.45; Reference: 1-059 | | 7100-000 | | 54.36 | 10,942.92 |
| 12/18/12 | 107 | Chase Bank USA NA | Dividend paid  17.79% on $17,758.86; Claim# 4; Filed: $17,758.86; Reference: 0668 | | 7100-000 | | 3,160.74 | 7,782.18 |
| 12/18/12 | 108 | American Infosource Lp As Agent for | Dividend paid  17.79% on $9,395.07; Claim# 5; Filed: $9,395.07; Reference: 8869 | | 7100-000 | | 1,672.14 | 6,110.04 |
| 12/18/12 | 109 | Chase Bank USA NA | Dividend paid  17.79% on $10,512.04; Claim# 6; Filed: $10,512.04; Reference: 5908 | | 7100-000 | | 1,870.94 | 4,239.10 |
| 12/18/12 | 110 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 4,239.10 | 0.00 |
| | | | Dividend paid 100.00% on $4,216.60;  Claim# ; Filed: $4,216.60 | 4,216.60 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% | 22.50 | 2200-000 | | | 0.00 |

Subtotals :    $15,150.48    $15,150.48

{} Asset reference(s)                                    Printed: 03/11/2013 04:01 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-71614 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | BAKER, ROGER DUANE | | **Bank Name:** | The Bank of New York Mellon |
| | BAKER, CHERYL ANN | | **Account:** | 9200-******50-66 - Checking Account |
| **Taxpayer ID #:** | **-***8779 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 03/11/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $22.50;  Claim# ;<br>Filed: $22.50 | | | | |
| | | | **ACCOUNT TOTALS** | | 15,150.48 | 15,150.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,150.48 | 15,150.48 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,150.48** | **$7,650.48** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****141166** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******50-66** | 15,150.48 | 7,650.48 | 0.00 |
| | **$15,150.48** | **$15,150.48** | **$0.00** |